1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   HENRY Z. CARBAJAL III
3  Assistant United States Attorney
   United States Courthouse
4  2500 Tulare Street, Suite 4401
   Fresno, California 93721
5  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
6
   Attorneys for Plaintiff
7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   1:11-CV-00179-LJO-SMS
                                       )
12              Plaintiff,             )   **APPLICATION AND ORDER FOR**
                                       )   **PUBLICATION**
13       v.                            )
                                       )
14  APPROXIMATELY $1,707.00 IN U.S.    )
    CURRENCY,                          )
15                                     )
                Defendant.             )
16  _____)

17       The United States of America, Plaintiff herein, applies for an order of publication as follows:

18       1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

19  Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

20  notice of the action to be given in a newspaper of general circulation or on the official internet

21  government forfeiture site;

22       2.      Local Rule 171, Eastern District of California, provides that the Court shall designate

23  by order the appropriate newspaper or other vehicle for publication;

24       3.      The defendant approximately $1,707.00 in U.S. Currency (hereafter "defendant

25  currency") was seized in the city of Bakersfield, Kern County, California.

26       4.      Plaintiff proposes that publication be made as follows:

27       a.      One publication;

28       b.      Thirty (30) consecutive days;

APPLICATION AND ORDER FOR PUBLICATION      1

1

      c.     On the official internet government forfeiture site www.forfeiture.gov;

2

      d.     The publication is to include the following:

3

      (1)     The Court and case number of the action;

4

      (2)     The date of the seizure/posting;

5

      (3)     The identity and/or description of the property seized/posted;

6

      (4)     The name and address of the attorney for the Plaintiff;

7

      (5)     A statement that claims of persons entitled to possession or claiming

8 an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the

9 attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet

10 government forfeiture site; and

11

      (6)     A statement that answers to the Complaint or a motion under Rule 12

12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days

13 after the filing of the claims and, in the absence thereof, default may be entered and condemnation

14 ordered.

15 Dated: February 1, 2011           BENJAMIN B. WAGNER
                               United States Attorney

16

17
                               /s/ Stanley A. Boone
                               STANLEY A. BOONE

18
                               Assistant United States Attorney

19

20 **ORDER**

21

22 IT IS SO ORDERED.

23 **Dated:   February 7, 2011**           **/s/ Sandra M. Snyder**
                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28