BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
HENRY Z. CARBAJAL III
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CV-00179-LJO-SMS |
| Plaintiff, | **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $1,707.00 IN U.S. CURRENCY, | |
| Defendant. | |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment and Final Judgment of Forfeiture filed May 2, 2011.  The Magistrate Judge has recommended that the United States' motion for default judgment be granted.  The time for objecting to the Findings and Recommendations Recommending the Grant of Plaintiff's *Ex Parte* Application for Default Judgment have passed and no timely objections have been filed.  An Order Adopting Findings and Recommendations, Recommending Entry of Default Judgment and Final Forfeiture Judgment in Favor of Plaintiff was filed on July 8, 2011.  Based on the Magistrate Judge's Findings and Recommendations Recommending the Grant of Plaintiff's *Ex Parte* Application for Default Judgment, the Order Adopting Findings and Recommendations,

///

///

///

Recommending Entry of Default Judgment and Final Forfeiture Judgment in Favor of Plaintiff, and the files and records of the Court, it is

    ORDERED, ADJUDGED, AND DECREED:

    1.    The Court adopts the Magistrate Judge's June 21, 2011, Findings and Recommendations Recommending the Grant of Plaintiff's *Ex Parte* Application for Default Judgment in full.

    2.    Jairo Fernandez and Jorge Palenzuela are held in default.

    3.    A judgment by default is hereby entered against any right, title, or interest in the defendant approximately $1,707.00 in U.S. Currency of Jairo Fernandez and Jorge Palenzuela and all other potential claimants who have not filed claims in this action.

    4.    A final judgment is hereby entered forfeiting all right, title, and interest in the defendant approximately $1,707.00 in U.S. Currency, to be disposed of according to law, including all right, title, and interest of Jairo Fernandez and Jorge Palenzuela.

    5.    All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   July 11, 2011**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE